**Motion GRANTED and Order filed July 8, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00495-CV

————————

### IN RE TOM THOMAS, DAN SHEEHAN, AND MARC CULP, INDIVIDUALLY AND AS SUCCESSORS TO THE INTEREST OF THOMAS, SHEEHAN & CULP, L.L.P, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 137,506-403**

## ORDER

On June 23, 2016, relators Tom Thomas, Dan Sheehan, and Marc Culp, Individually and as Successors to the Interest of Thomas, Sheehan & Culp, L.L.P, filed a petition for writ of mandamus in this court. Relators ask this court to order

the Honorable Mike Wood, Judge of Probate Court No. 2, in Harris County, Texas, to set aside his order dated June 7, 2016, entered in trial court number 137,506-403, styled *Ronald E. Lee, Jr., et al. v. Susan Camille Lee, et al.* The respondent ordered that the suit styled *Tom Thomas, et al. v. Legacy Trust Co., N.A.*, No. DC-16-04570, filed in the 162nd District Court of Dallas, County, Texas, transferred to Harris County Probate Court No. 2. The respondent further ordered the clerk of the court to assign the transferred suit cause number 137,506-404.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On July 1, 2016, relators ask this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court related to the litigation between relators and Legacy Trust Co., N.A., **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

We further request that real party in interest Legacy Trust Co., N.A. file a response to the petition for writ of mandamus on or before July 12, 2016, pursuant to this court's prior request on June 28, 2016.

PER CURIAM